Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

Please TYPE. Attach additional pages if necessary.

11th Circuit Docket Number: 25-12404

**Caption:**
Kevin Foote, et al. v. All Elite Wrestling, LLC, et al.

District and Division: United States District Court for the Middle District of Florida, Jacksonville Division
Name of Judge: Harvey E. Schlesinger
Nature of Suit: breach of contract
Date Complaint Filed: August 30, 2024
District Court Docket Number: 3:24-cv-1206-HES-MCR
Date Notice of Appeal Filed: July 11, 2025
☐ Cross Appeal   ☑ Class Action
Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Stephen P. New, Esq. | 430 Harper Park Drive, Beckley, WV 25801 | 304-250-6017 |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Tyler White, Esq.<br>James D. McGuire, Esq. | 501 Riverside Ave, Suite 902, Jacksonville, FL 32202 | 904-638-2655 |

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ more than $50,000<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary    ☐ Granted<br>☐ Permanent    ☐ Denied |

Page 2                                                                                           11th Circuit Docket Number: _____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  Federal Arbitration Act
    (b) Citation  9 USC 1 et al.
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☐ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☐ No
    (b) Among circuits?  ☑ Yes  ☐ No

    If Yes, explain briefly:

    Is an order compelling arbitration for the purpose of having an arbiter determine whether the matter should be arbitrated immediately appealable?

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the Court erred when it granted Defendant's motion to compel arbitration.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 29th DAY OF July, 2025.

Stephen P. New
NAME OF COUNSEL (Print)                                         SIGNATURE OF COUNSEL