IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

No. 25-12404

KEVIN FOOTE, ET AL.
Plaintiffs – Appellants

v.

ALL ELITE WRESTLING, LLC, ET AL.
Defendants – Appellees

APPEAL FROM ORDER OF
THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

APPELLEES/DEFENDANTS'
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Appellee/Defendant All Elite Wrestling, LLC, by and through its undersigned counsel, and pursuant to 11th Cir. R. 26.1(a), states that its parent corporation is Beatnik Investments, LLC, and that no publicly held corporation owns ten percent or more of its stock. Additionally, Appellees/Defendants All Elite Wrestling, LLC, Tony Khan, and Tony Ian Riccaboni (collectively "Appellees"), by and through their undersigned counsel and pursuant to 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, submit the following complete list of the trial judges, all attorneys, persons, associations of

persons, firms, partnerships, or corporations that have an interest in the outcome of this Appeal:

1. All Elite Wrestling, LLC, *Appellee*

2. Baer, Benjamin, *(former) Attorney for Appellants*

3. Beatnik Investments, LLC

4. Bohn, Jacob R., *Attorney for Appellees*

5. Foote, Kevin, *Appellant*

6. Injury Law Partners, *(former) Counsel for Appellants*

7. Jackson Lewis P.C., *Counsel for Appellees*

8. Khan, Tony, *Appellee*

9. Kellam, Christopher Wade, *Attorney for Appellants*

10. Keller Swan Injury Attorneys, PLLC, *Counsel for Appellants*

11. McGuire, James D., *(former) Attorney for Appellee*

12. New, Stephen P., *Attorney for Appellants*

13. Perez, The Honorable Mia Roberts, *United States District Judge, Eastern District of Pennsylvania*

14. Riccaboni, Tony Ian, *Appellee*

15. Richardson, The Honorable Monte C., *United States Magistrate Judge, Middle District of Florida*

    *16.*    Schlesinger, The Honorable Harvey E., *United States District Judge, Middle District of Florida*

    *17.*    Stephen New & Associates, *Counsel for Appellants*

    18.    Tate, Brandon, *Appellant*

    19.    Tate, Brent, *Appellant*

    20.    Thornton, Daniel Frederick, *Attorney for Appellees*

    21.    White, B. Tyler, *Attorney for Appellees*

Respectfully submitted this 7th day of August 2025.

    JACKSON LEWIS P.C.
    501 Riverside Avenue, Suite 902
    Jacksonville, FL  32202
    Telephone:  (904) 638-2655
    Facsimile:  (904) 638-2656

    By:  *Jacob R. Bohn*
    B. Tyler White; Florida Bar No. 0038213
    tyler.white@jacksonlewis.com
    Jacob R. Bohn; Florida Bar No. 1032132
    jake.bohn@jacksonlewis.com

    ***Attorneys for Appellees***

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **APPELLEES/DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system on this 7th day of August 2025, which automatically serves the foregoing on the following counsel of record:

Stephen P. New
Stephen New & Associates
430- Harper Park Drive
Beckley, West Virgina 25801
steve@newlawoffice.com
*Attorney for Appellants/Plaintiffs*

/s/*Jacob R. Bohn*
Attorney

4915-1596-9370, v. 2